No. 01–5419. SANTILLANES *v.* LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5421. ONIFER *v.* TYSZKIEWICZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5422. CEPEDA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–5423. CURLEY *v.* PERRY, SECRETARY, NEW MEXICO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5424. SLAGEL *v.* RUTH ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 01–5425. PAYNE *v.* CORRECTIONS CORPORATION OF AMERICA ET AL. Sup. Ct. Va. Certiorari denied.

No. 01–5426. HULSEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5427. WATSON *v.* WHITE, SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 01–5430. BUGGS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5431. NEWMAN *v.* COMPTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5432. BRUTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5433. MARTIN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5434. BENNING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5435. HARLOW *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5436. GUTIERREZ-LOPEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.